UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HIDEAWAY BEACH ASSOCIATION,
INC., a Florida not for profit
corporation

    Petitioner,

v.                                  Case No: 2:18-cv-769-FtM-29CM

WESTCHESTER SURPLUS
LINES INSURANCE COMPANY,

    Respondent.

## ORDER

This matter comes before the Court upon review of the Stipulated Motion to Stay and Extend Case Deadlines for 30 Days filed on December 7, 2018. Doc. 10. The parties state they have narrowed the issues raised by Petitioner's Petition to Compel Appraisal (Doc. 3), filed on November 16, 2018, and believe they can determine whether the case will be resolved without further judicial intervention within thirty days from December 7, 2018. *Id.* at 2-3. Thus, the parties request that the Court extend all pending deadlines by thirty days, including the December 10, 2018 deadline for Petitioner to respond to Respondent's Motion to Dismiss and the December 10, 2018 deadlines to file Notices of Pendency of Other Actions and Certificates of Interested Persons. *Id.* The parties also request the Court stay the proceedings. *Id.* at 3.

The Court finds good cause to extend the deadlines, but with the extensions granted the Court finds no need to stay the case at this time and the parties have not

offered any reason why the stay is necessary if the deadlines are extended. Thus, the Court will extend the deadlines by thirty (30) days and deny the request to stay the proceedings without prejudice.

ACCORDINGLY, it is

**ORDERED:**

The Stipulated Motion to Stay and Extend Case Deadlines for 30 Days (Doc. 10) is **GRANTED in part and DENIED in part**. Petitioner shall have up to and including **January 9, 2019** to respond to the Motion to Dismiss (Doc. 9) and the parties shall have up to and including **January 9, 2019** to file their Certificates of Interested Persons and Notices of Pendency of Other Actions. The parties' request to stay the proceedings is denied without prejudice.

**DONE** and **ORDERED** in Fort Myers, Florida on this 12th day of December, 2018.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record